UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| COMMON CAUSE INDIANA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-01825-RLY-TAB |
| | ) | |
| CONNIE LAWSON, | ) | |
| PAUL OKESON, | ) | |
| S. ANTHONY LONG, | ) | |
| SUZANNAH WILSON OVERHOLT, | ) | |
| ZACHARY E. KLUTZ, | ) | |
| J. BRADLEY KING, | ) | |
| ANGELA NUSSMEYER, | ) | |
| RAY ADLER, | ) | |
| PAUL RAUSCH, | ) | |
| KEVIN C. SMITH, | ) | |
| RANDALL VONDERHEIDE, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON JULY 27, 2020, TELEPHONIC STATUS CONFERENCE**

Parties appeared by counsel July 27, 2020, for a telephonic status conference. Defendant Ray Adler's motion to join [Filing No. 28] is granted to the extent that Adler was permitted to participate in the July 27 status conference. The Court set the following briefing schedule: (1) Defendants shall file their responses to Plaintiff's motion for a preliminary injunction and motion for class certification by August 21, 2020; and (2) Plaintiff shall file any reply briefs by September 1, 2020. Given the parties' request for the Court to issue a ruling in advance of the November 3, 2020 election, the Court does not anticipate enlarging this briefing schedule.

Date: 7/29/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

Ami Gandhi
CHICAGO LAWYERS' COMMITTEE FOR CIVIL RIGHTS
100 N. LaSalle St, Suite 600
Chicago, IL 60602

Bradley S. Phillips
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street, NW, Suite 900
Washington, DC 20005

Jennifer Terrell
CHICAGO LAWYERS' COMMITTEE FOR CIVIL RIGHTS
100 N. LaSalle St, Suite 600
Chicago, IL 60602