IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COMMON CAUSE INDIANA,<br><br>    Plaintiff,<br><br>vs.<br><br>CONNIE LAWSON, *in her official capacity as Indiana Secretary of State, et al.*,<br><br>    Defendants. | Case No. 1:20-cv-01825-RLY-TAB<br><br>**Defendant Adler's Notice of Joinder in Defendant Randall Vonderheide's Reply in Support of Motion to Dismiss** |

Please take notice that Defendant, Ray Adler, by counsel, joins in Defendant Randall Vonderheide's Reply in Support of Motion to Dismiss [Dkt. 70]. In support, counsel states:

1. Defendant Adler occupies the same position as Randall Vonderheide does in this litigation. Both have been sued in their official capacity, and as a representative of a class of all members of Indiana county election boards and boards of elections and registration.

WHEREFORE, Defendant Adler joins in the Reply in Support of Motion to Dismiss filed by Defendant Vonderheide on September 8, 2020 and requests all relief requested therein.

Date: September 8, 2020      Respectfully submitted:

                                           RILEY WILLIAMS & PIATT, LLC

                                           /s/ *Anne Medlin Lowe*

        William N. Riley (#14941-49)
        Anne Medlin Lowe (31402-49)
        301 Massachusetts Avenue, Suite 300
        Indianapolis, Indiana 46204
        (317) 633-5270
        Fax: (317) 426-3348
        Email: wriley@rwp-law.com
                alowe@rwp-law.com

*Counsel for Defendant Ray Adler*

## Certificate of Service

I hereby certify that on the 8th day of September, 2020, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        /s/ *Anne Medlin Lowe*
        Anne Medlin Lowe