UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COMMON CAUSE INDIANA,<br><br>                Plaintiff,<br><br>         v.<br><br>CONNIE LAWSON, in her official capacity as Indiana Secretary of State;<br>PAUL OKESON,<br>S. ANTHONY LONG,<br>SUZANNAH WILSON OVERHOLT, and<br>ZACHARY E. KLUTZ, in their official capacities as members of the Indiana Election Commission;<br>J. BRADLEY KING and<br>ANGELA NUSSMEYER, in their official capacities as co-directors of the Indiana Election Division; and<br>RAY ADLER,<br>PAUL RAUSCH,<br>KEVIN C. SMITH, and<br>RANDALL VONDERHEIDE, in their official capacities as county election officials, and as representatives of a class of all members of Indiana county election boards and boards of elections and registration,<br><br>                Defendants. | No. 1:20-cv-01825-RLY-TAB |

**PRELIMINARY INJUNCTION**

On July 22, 2020, the court entered its ruling on Common Cause Indiana's Motion for Preliminary Injunction, but the court inadvertently failed to issue a separate order on the preliminary injunction. *See Auto Driveaway Franchise Sys., LLC v. Auto Driveaway*

*Richmond, LLC*, 928 F.3d 670, 675-76 (7th Cir. 2019) (stating Rule 65(d) requires that "an injunction must be embodied in a standalone separate document.").

Therefore, consistent with this court's finding that Plaintiff is likely to succeed on its claim that Indiana Code §§ 3-11.7-7-2, 3-11.7-7-3, and 3-11.7-7-4 (the "Challenged Amendments") unconstitutionally burden the right to vote, Plaintiff lacks an adequate remedy at law, and Plaintiff will suffer irreparable harm without an injunction, the court **ORDERS** as follows:

Defendants, their respective agents, officers, employees, successors, and all persons acting in concert with each or any of them are preliminarily enjoined from implementing, enforcing, administering, invoking, or giving any effect to Indiana Code §§ 3-11.7-7-2, 3-11.7-7-3, and 3-11.7-7-4 during the November 3, 2020 General Election.

**SO ORDERED** this 29 day of SEPT 2020.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.