UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COMMON CAUSE INDIANA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CONNIE LAWSON, in her official capacity as ) <br> Indiana Secretary of State; ) <br> PAUL OKESON, ) <br> S. ANTHONY LONG, ) <br> SUZANNAH WILSON OVERHOLT, and ) <br> ZACHARY E. KLUTZ, in their official ) <br> capacities as members of the Indiana Election ) <br> Commission; ) <br> J. BRADLEY KING and ) <br> ANGELA NUSSMEYER, in their official ) <br> capacities as co-directors of the Indiana ) <br> Election Division; and ) <br> RAY ADLER, ) <br> PAUL RAUSCH, ) <br> KEVIN C. SMITH, and ) <br> RANDALL VONDERHEIDE, in their official ) <br> capacities as county election officials, and as ) <br> representatives of a class of all members of ) <br> Indiana county election boards and boards of ) <br> elections and registration, ) <br> ) <br> Defendants. ) | No. 1:20-cv-01825-RLY-TAB |

**ENTRY CORRECTING PRELIMINARY INJUNCTION ORDER**

This court issued its entry in favor of a preliminary injunction on September 22, 2020. The court issued a standalone preliminary injunction order on September 29, 2020, but that order contained a typographical error. It incorrectly stated that court issued its

ruling in favor of a preliminary injunction on July 22, 2020.  The correct date of that ruling is September 22, 2020.

**SO ORDERED** this 5th day of October 2020.

                                                         RICHARD L. YOUNG, JUDGE
                                                        United States District Court
                                                        Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.