UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COMMON CAUSE INDIANA, )<br>)<br>*Plaintiff,* )<br>v. )<br>)<br>CONNIE LAWSON, in her official capacity as )<br>Indiana Secretary of State; )<br>PAUL OKESON, S. ANTHONY LONG, )<br>SUZANNAH WILSON OVERHOLT, and )<br>ZACHARY E. KLUTZ, in their official capacities )<br>as members of the Indiana Election Commission; )<br>J. BRADLEY KING and ANGELA )<br>NUSSMEYER, in their official capacities as co- )<br>directors of the Indiana Election Division; and )<br>RAY ADLER, PAUL RAUSCH, KEVIN C. )<br>SMITH, and RANDALL VONDERHEIDE, in )<br>their official capacities as county election )<br>officials, and as representatives of a class of all )<br>members of Indiana county election boards and )<br>boards of elections and registration, )<br>)<br>*Defendants.* ) | Case No. 1:20-cv-1825-RLY-TAB |

## STIPULATION TO DISMISS ACTION

WHEREAS Federal Rule of Civil Procure 41(a)(1)(A)(ii) permits the parties in the above-captioned action to stipulate to dismissal of this case upon the signature of all parties who have appeared; and

WHEREAS the U.S. Court of Appeals for the Seventh Circuit issued an opinion on October 23, 2020 addressing Plaintiff's claims in this case. *Common Cause Indiana v. Lawson*, 978 F.3d 1036 (7th Cir. 2020).

NOW, this 27th day of April, 2021, the Parties hereto, by and through their undersigned counsel, hereby stipulate and agree to dismiss this case in light of *Common Cause Indiana v. Lawson*, 978 F.3d 1036 (7th Cir. 2020), with each party bearings its own costs.

The Parties stipulate to dismissal with prejudice as to Counts I, II, III, and IV of Plaintiff's complaint, and without prejudice as to Count V of the same.

Dated: April 27, 2021

Respectfully submitted,

/s/ *Gregory M. Schweizer*
Gregory M. Schweizer
Brent R. Austin (*admitted pro hac vice*)
EIMER STAHL LLP
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604
(312) 660-7648 (tel.)
(312) 692-1718 (fax)
gschweizer@eimerstahl.com
baustin@eimerstahl.com

Aneel L. Chablani (*admitted pro hac vice*)
Ami Gandhi (*admitted pro hac vice*)
Jennifer Terrell (*admitted pro hac vice*)
Chicago Lawyers' Committee for Civil Rights
100 North LaSalle Street
Suite 600
Chicago, IL 60602
(312) 888-4191 (tel.)
(312) 630-1127 (fax)
achablani@clccrul.org
agandhi@clccrul.org
jterrell@clccrul.org

Ezra Rosenberg (*admitted pro hac vice*)
Ryan Snow (*admitted pro hac vice*)
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW
Suite 900
Washington, DC 20005
(202) 662-8600 (tel.)
(202) 783-0857 (fax)
erosenberg@lawyerscommittee.org
rsnow@lawyerscommittee.org

*Attorneys for Common Cause Indiana*

*/s/ Jefferson S. Garn*
Jefferson S. Garn
Aleksandrina Penkova Pratt
Courtney Lyn Abshire
Parvinder Kaur Nijjar
INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington St.
Indianapolis, IN 46204-2770
(317) 234-7119 (tel.)
(317) 232-7979 (fax)
Jefferson.Garn@atg.in.gov
aleksandrina.pratt@atg.in.gov
courtney.abshire@atg.in.gov
parvinder.nijjar@atg.in.gov

*Attorneys for State Defendants, Paul Okeson, S. Anthony Long, Suzannah Wilson Overholt, and Zachary E. Klutz, in their official capacity as members of the Indiana Election Commission, and Connie Lawson, in her official capacity as the Indiana Secretary of State; and J. Bradley King and Angela Nussmeyer, in their official capacity as members of the Indiana Election Division*

*/s/ William N. Riley*
William N. Riley
RILEY WILLIAMS & PIATT, LLC
301 Massachusetts Avenue, Suite 300
Indianapolis, Indiana 46204
(317) 633-5270 (tel.)
(317) 426-3348 (fax)
wriley@rwp-law.com

*Attorneys for Defendant Ray Adler*

*/s/ Sara R. Blevins*
Sara R. Blevins
Monica J. Conrad
LEWIS & KAPPES P.C.
8585 Broadway, Suite 610A
Merrillville, IN 46410
(219) 648-2072 (tel.)
(219) 525-4980 (fax)
sblevins@lewis-kappes.com
mconrad@lewis-kappes.com

*Attorneys for Defendant Paul Raush*

*/s/ Michael E. Tolbert*
Michael E. Tolbert, Atty No.: 22555-64
TOLBERT & TOLBERT LLC
1085 Broadway, Ste. B
Gary, IN 46402
(219) 427-0094 (tel.)
(219) 427-0783 (fax)
mtolbert@tolbertlegal.com

*Attorney for Defendant Kevin C. Smith*

*/s/ Douglas J. Masson*
Douglas J. Masson
HOFFMAN, LUHMAN & MASSON, PC
200 Ferry Street, Suite C
P.O. Box 99
Lafayette, IN 47902
(765) 423-5404 (tel.)
(765) 742-6448 (fax)
djm@hlblaw.com

*Attorney for Defendant Randall Vonderheide*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 27, 2021, the foregoing was filed electronically.  Service of this filing will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.  Parties may access this filing through the court's system.

                                              */s/ Gregory M. Schweizer*
                                              Gregory M. Schweizer
                                              EIMER STAHL LLP