UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COMMON CAUSE INDIANA, | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) Case No. 1:20-cv-1825-RLY-TAB |
| | ) |
| CONNIE LAWSON, in her official capacity as Indiana Secretary of State; PAUL OKESON, S. ANTHONY LONG, SUZANNAH WILSON OVERHOLT, and ZACHARY E. KLUTZ, in their official capacities as members of the Indiana Election Commission; J. BRADLEY KING and ANGELA NUSSMEYER, in their official capacities as co-directors of the Indiana Election Division; and RAY ADLER, PAUL RAUSCH, KEVIN C. SMITH, and RANDALL VONDERHEIDE, in their official capacities as county election officials, and as representatives of a class of all members of Indiana county election boards and boards of elections and registration, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| *Defendants*. | ) ) |

## [PROPOSED] ORDER

The parties in the above-captioned matter having filed a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is HEREBY ORDERED

1. This action is dismissed;

2. Dismissal as to Plaintiff's Counts I-IV is with prejudice;

3. Dismissal as to Plaintiff's Count V is without prejudice;

4. The parties shall bear their own costs.

Dated:_____                    _____

United States District Court
Southern District of Indiana

Distribution list:
To all registered counsel by CM/ECF